NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: INTERCARRIER COMMUNICATIONS LLC,**
*Appellant*

---

2014-1680

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board, in No. 95/001,222.

---

**JUDGMENT**

---

ROBERT GREENSPOON, Flachsbart & Greenspoon, LLC, Chicago, IL, argued for appellant.

MICHAEL SUMNER FORMAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by SCOTT WEIDENFELLER, NATHAN K. KELLEY, MONICA BARNES LATEEF.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, O'MALLEY, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 14, 2015                          /s/ Daniel E. O'Toole
     Date                                Daniel E. O'Toole
                                         Clerk of Court